David J. Feldman, Esq.
Nevada Bar No. 5947
FELDMAN GRAF, P.C.
8845 West Flamingo Rd., Suite 110
Las Vegas, Nevada 89147
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmangraf.com
Attorneys for Defendant
Mid-Century Insurance Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KYLE MILLETT, individually, | Case No.: |
| Plaintiff, | District Court Case No. A-16-741242-C |
| vs. | |
| MID-CENTURY INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

**PETITION FOR REMOVAL**

TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEVADA:

PLEASE TAKE NOTICE that Defendant/Petitioner, Mid-Century Insurance Company (hereinafter "MIC"), and through its attorneys, Feldman Graf, P.C., hereby removes the State action described herein to Federal Court. The grounds for removal are as follows:

1.   On August 5, 2016, an action was commenced in the Eighth Judicial District Court, Clark County, Nevada, entitled "*Kyle Millett, individually v. Mid-Century Insurance Company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,* Case No. A-16-741242-C.

2.   A copy of all process, pleadings and orders served upon Defendant MIC in the State Court action are attached hereto as **Exhibit 1**.

3.   This Petition is filed timely pursuant to 28 U.S.C. §1446(b).

4.   This action is a civil action of which this Court has diversity jurisdiction under the provisions of 28 U.S.C. §1332 and 28 U.S.C. §2201, and is one which may be removed to this Court by Petitioner pursuant to the provisions of 28 U.S.C. §1441(b).

5. There is a diversity of citizenship between Plaintiff and Defendant. Defendant MIC is informed and believes that Plaintiff, Kyle Millett was and still is a citizen of the State of Nevada. Defendant MIC was at the time of the filing of this action, and still is a corporation incorporated in the State of California.

6. The matter in controversy exceeds $75,000.00. Plaintiff seeks medical expenses in excess of $10,000.00, and as set forth in ¶ 19 of Plaintiff's Complaint, Plaintiff alleges that "Based on the extent of injuries and damages and the liability of Tamara Craig, Plaintiff was awarded a judgment for the amount of $383,302.68." Plaintiff in his Complaint further seeks damages in the amount of $383,302.68 for Breach of Contract/Bad Faith; Violation of the Unfair Claims Practices Act; Tortious Breach of Covenant of Good Faith and Fair Dealing; and punitive damages. Given Plaintiff's claims against this national insurance company, it is clear that Plaintiff is seeking general and punitive damages in excess of $75,000.00. *See* Complaint (**Exhibit 2**).

7. Defendant MIC was served through the Nevada Division of Insurance on September 8, 2016. *(See* **Exhibit 1**).

8. Pursuant to 28 U.S.C. §1446, a copy of this Petition for Removal is being filed with the Clerk of the Eighth Judicial District Court, Clark County, Nevada, and is further served on all parties hereto.

9. Defendant MIC will also timely file a Notice of Removed Action in the Eighth Judicial District Court, Clark County, Nevada, a true and correct copy of which is attached as **Exhibit 3**, 28 U.S.C. § 1446(d).

### JURY DEMAND

Defendant Mid-Century Insurance Company demands a trial by jury on all issues appropriate for jury determination.

. . .

. . .

. . .

. . .

. . .

WHEREFORE, Defendant Mid-Century Insurance Company hereby removes the State action now pending against it in the Eighth Judicial District Court, Clark County, Nevada, Case No. A-16-741242-C, to this Court.

DATED this 5th day of October, 2016.

FELDMAN GRAF, P.C.

By: _____
David J. Feldman, Esq.
Nevada Bar No. 5947
8845 West Flamingo Rd., Suite 110
Las Vegas, Nevada 89147
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmangraf.com
Attorneys for Defendant
Mid-Century Insurance Company

**CERTIFICATE OF MAILING**

I, the undersigned, hereby certify that on the __7th__ of October, 2016, I mailed a true and correct copy of the foregoing **PETITION FOR REMOVAL** in a sealed envelope with First Class postage fully prepaid, addressed to the following:

Brian P. Clark, Esq.
Lukas B. McCourt, Esq.
CLARK MCCOURT
7371 Prairie Falcon Road, Suite 120
Las Vegas, NV 89128
Telephone: (702) 474-0065
Facsimile: (702) 474-00681
bpc@clarkmccourt.com
lmccourt@clarkmccourt.com
Attorneys for Plaintiff
Kyle Millett

_____
An Employee of FELDMAN GRAF, P.C.

3