BRIAN P. CLARK
Nevada Bar No. 4236
LUKAS B. McCOURT
Nevada Bar No. 11839
CLARK MCCOURT
7371 Prairie Falcon Road, Ste. 120
Las Vegas, Nevada 89128
Telephone: (702) 474-0065
Facsimile:  (702) 474-0068
bpc@clarkmccourt.com
lmccourt@clarkmccourt.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KYLE MILLETT, individually,

Plaintiff,

v.

MID-CENTURY INSURANCE COMPANY, individually; and DOES I through X; and ROE CORPORATIONS I through X, inclusive,

Defendants.

Case No. 2:16-cv-02349-KJD-VCF

**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (First Request)**

Pursuant to LR-6-1, Plaintiff Kyle Millett and Defendant Mid-Century Insurance Company, by and through their respective counsel of record, respectfully submit the following stipulation requesting a ten (10) day extension for Plaintiff to file his Response To Defendant Mid-Century Insurance Company's Motion For Summary Judgment Pursuant To F.R.C.P. 56, to and including January 20, 2017.  Defendant's motion was filed December 20, 2016.  In support of this Stipulation, the parties state as follows:

**I.    Introduction**

Plaintiff is the assignee of the rights of Defendant's insured, Tamara Craig, related to claims Tamara Craig may have against Defendant Mid-Century for failure to defend and indemnify Craig for a personal injury judgment obtained by Plaintiff.  Defendant Mid-Century filed a motion for summary judgment on all claims brought by Plaintiff Millett.

## II.     Reason for Extension

Plaintiff seeks the extension to address the potential for settlement of his claims. This is the first request for extension.

The parties believe that a case resolution can be achieved in the next 10 days without the need to expend resources in responding to Defendant's motion.

**AGREED AND ACCEPTED:**

DATED this 10th day of January, 2017.          DATED this 10th day of January, 2017.

_____/s/_____          _____/s/_____
Brian P. Clark                                                      David J. Feldman
Lukas B. McCourt                                              Nevada Bar No. 5947
Clark McCourt                                                    FELDMAN GRAF, P.C.
7371 Prairie Falcon Road, Suite 120              8845 West Flamingo Road, Suite 110
Las Vegas, NV 89128                                        Las Vegas, NV 89147
Attorneys for Plaintiff                                         Attorney for Defendant

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: January 13, 2016