David J. Feldman, Esq.
Nevada Bar No. 5947
FELDMAN GRAF, P.C.
8845 West Flamingo Rd., Suite 110
Las Vegas, Nevada 89147
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmangraf.com
Attorneys for Defendant
Mid-Century Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KYLE MILLETT, individually, | Case No.: 2:16-cv-02349-KJD-VCF |
| Plaintiff, | |
| vs. | |
| MID-CENTURY INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Kyle Millett, by and through his counsel of record, Brian P. Clark, Esq. and Lukas B. McCourt, Esq. of the law office of Clark McCourt, and Defendant Mid-Century Insurance Company, by and through its counsel of record, David J. Feldman, Esq. of the law office of Feldman Graf, P.C., that Case No. 2:16-cv-02349-KJD-VCF entitled *Kyle Millett v. Mid-Century Insurance Company*, is hereby dismissed with prejudice, and that all parties agree to bear their own attorneys' fees and costs and any interest.

A trial date has not been scheduled in the above-captioned matter.

### ORDER

**IT IS SO ORDERED** that this action is DISMISSED with prejudice, and each party is to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: 1/27/2017

_____
United States District Judge

1

*Kyle Millett v. Mid-Century Insurance Company, et al.*
United States District Court Case No. 2:16-cv-02349-KJD-VCF
**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**IT IS SO STIPULATED.**

Dated: 26 January 2017                                Dated: 1/23/17

CLARK McCOURT
Brian P. Clark, Esq.
Nevada Bar No. 4236
Lukas B. McCourt, Esq.
Nevada Bar No. 11839
7371 Prairie Falcon Road, Suite 120
Las Vegas, NV 89128
Telephone: (702) 474-0065
Facsimile: (702) 474-00681
bpc@clarkmccourt.com
lmccourt@clarkmccourt.com
Attorneys for Plaintiff
Kyle Millett

FELDMAN GRAF, P.C.
David J. Feldman, Esq.
Nevada Bar No. 5947
8845 W. Flamingo Road, Suite 110
Las Vegas, Nevada 89147
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmangraf.com
Attorneys for Defendant
Mid-Century Insurance Company

2